**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GEORGE FLORES, ET AL.,** | § | **CIVIL ACTION NO.: 4:21−cv−00027** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **ACCC GENERAL AGENCY, INC. D/B/A ACCC INSURANCE COMPANY,** | § | **JURY DEMANDED** |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

---

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

---

In accordance with the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 3), Plaintiffs' George Flores, et. Al. file this Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities. The following persons and legal entities have a financial interest in the outcome in the above-styled and numbered matter:

1. George Flores – Plaintiff;
2. Arthur Vasquez – Plaintiff;
3. Beatriz Guerra – Plaintiff;
4. Carlos Leonardo Delcid – Plaintiff;
5. Gail Crumes – Plaintiff
6. Gwendolyn Goffney – Plaintiff
7. Leslie Diaz – Plaintiff
8. Leslie Sandoval – Plaintiff

9. Luiz Meza – Plaintiff

10. Melanie Whitcomb – Plaintiff

11. Monica Jackson – Plaintiff

12. Paula Herrera – Plaintiff

13. Rory O'Gorman – Plaintiff

14. Sylvia Rodriguez – Plaintiff

15. Todd Schaffer - Plaintiff

16. Alfonso Kennard, Jr. – Attorney-in-Charge for Plaintiff;

17. Cristabel Jimenez – Of Counsel for Plaintiff;

18. Kennard Law, P.C. – Counsel for Plaintiff;

19. ACCC General Agency, Inc. d/b/a ACCC Insurance Company – Defendant;

20. Counsel for Defendant; and

21. All persons and entities listed on Defendant's Certificate of Interested Parties.

Respectfully submitted,

(Signature on next page)





Alfonso Kennard, Jr.
Texas Bar No. 24036888
Federal Bar ID 713316
2603 Augusta Dr., Suite 1450
Houston, Texas 77057
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: alfonso.kennard@kennardlaw.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this **19th day of January, 2020**, a true and correct copy Plaintiff's Certificate of Interested Parties was filed with the Court and served on counsel for Defendant via its Registered Agent:

**Via CMRRR**
Ross E. Bennett Jr.
390 Benmar Drive, Suite 225
Houston, TX 77060

Alfonso Kennard, Jr.