United States District Court
Southern District of Texas
**ENTERED**
May 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE FLORES and TODD SCHAFFER and CARLOS LEONARDO DELCID, *et al*, § § § § § § Plaintiffs, § VS. § ACCC GENERAL AGENCY, INC. d/b/a § ACCC INSURANCE COMPANY, § § Defendant. § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-00027 |

## ORDER

On this day, the Court considered the defendant, ACCC General Agency, Inc.'s ("ACCC"), motion to dismiss the plaintiffs' January 6, 2021 Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 9). The Court, having considered the motion to dismiss, objection(s) and response(s) thereto, and argument of counsel, if any, finds as follows:

ACCC's motion to dismiss, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure has merit and should be granted.

It is further ORDERED that the plaintiffs shall amend their Complaint, if necessary or appropriate, within 30 days.

It is so ORDERED.

SIGNED on this 17th day of May, 2021.

_____
Kenneth M. Hoyt
United States District Judge