Case 4:21-cv-00027   Document 30   Filed on 03/31/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE FLORES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00027 |
| § | |
| ACCC GENERAL AGENCY, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER DENYING EMBARK'S MOTION FOR SANCTIONS

Having considered the defendant, Embark General Insurance Agency, LLC's motion for sanctions against the plaintiffs and their counsel, any responsive pleadings thereto, all other relevant pleadings, as well as the applicable law, and for good cause shown, the Court finds that the motion for sanctions should be Denied. After the plaintiffs' moved to dismiss their case, the defendant his multiplied the activities in this case arguing that the case is frivolous. That being the case, so is the defendant's motion.

It is ORDERED that the defendant's motion be, and it is hereby, DENIED.

SIGNED on March 31, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge